1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LOCAL UNION NO. 340 SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>PLAINTIFF,<br><br>VS.<br><br>MCCARLEY ELECTRIC, INC., A CALIFORNIA CORPORATION,<br><br>DEFENDANTS. | Case No.   12-cv-02447-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
|---|---|

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER: |
| 2 |     IT IS HEREBY ORDERED that the Case Management Conference currently scheduled in |
| 3 | the above-referenced case for August 24, 2012 at 1:30 p.m. is continued to November 9, |
| 4 | 2012. |

IT IS SO ORDERED.

Dated: August 20, 2012

*Jeffrey S. White*
U.S. District Court Judge