UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOCAL UNION NO. 340 SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>PLAINTIFF,<br><br>VS.<br><br>MCCARLEY ELECTRIC, INC., A CALIFORNIA CORPORATION,<br><br>DEFENDANTS. | Case No.   12-cv-02447-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |

[~~PROPOSED~~] ORDER:

  IT IS HEREBY ORDERED that the Case Management Conference currently scheduled in the above-referenced case for August 24, 2012 at 1:30 p.m. is continued to <u>November 9</u>, 2012.

IT IS SO ORDERED.

Dated: <u>August 20, 2012</u>    <u>/s/ Jeffrey S. White</u>
              U.S. District Court Judge