RICHARD K. GROSBOLL, Bar No. 99729
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LOCAL UNION NO. 340 SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>PLAINTIFF,<br><br>VS.<br><br>MCCARLEY ELECTRIC, INC., A CALIFORNIA CORPORATION,<br><br>DEFENDANTS. | Case No. 12-cv-02447-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[Local Rule 7-11]<br><br>Location: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Date: November 9, 2012<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 11 – 15th Floor<br>Judge: Hon. Jeffrey White |

1  Having considered Plaintiffs' Administrative Motion to Continue the Case Management

2  Conference, and GOOD CAUSE APPEARING,

3  IT IS ORDERED THAT the Case Management Conference currently set for November 9,

4  2012 at 1:30 p.m. shall be continued to <u>February 8, 2013</u>, ~~2012~~ at <u>1:30</u> p.m.

5

6  IT IS SO ORDERED.

7  Dated: <u>November 1, 2012</u>

                                       *Jeffrey S. White*
                                       UNITED STATES DISTRICT COURT JUDGE